USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/19

RECEIVED
SDNY PRO SE OFFICE
2019 MAY -1 AM 8:33

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

BRIAN TOTIN

                Plaintiff(s),

                                                     19 Civ. 2356 (JMF)

- against -

KINGDOM REALTY CORP d/b/a EXIT           **CLERK'S CERTIFICATE**
REALTY LANDMARK                                           **OF DEFAULT**

                Defendant(s),
-----------------------------------------------------------X

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on March 15, 2019 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) KINGDOM REALTY CORP d/b/a EXIT REALTY LANDMARK by personally serving Faye Curtis, Manager, and proof of service was therefore filed on April 9, 2019, Doc. #(s) 6.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

      May 6, 2019

                                                      RUBY J. KRAJICK
                                                    Clerk of Court

                                             By: _____
                                                   Deputy Clerk

RECEIVED
SDNY PRO SE OFFICE

2019 MAY -1 AM 8: 33

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN TOTIN,

    Plaintiff,

—against—

KINGDOM REALTY CORP d/b/a EXIT REALTY LANDMARK,

    Defendant.

**AFFIRMATION OF SERVICE**

Civil Action No. 19-CV-2356 JMF

I, Lauren Unger, declare under penalty of perjury that I am not a party to this action and that on May 1, 2019, I served a copy of the attached **REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT; AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT; and PROPOSED CLERK'S CERTIFICATE OF DEFAULT** upon all other parties in this case by Certified Mail, Return Receipt Requested, Article Numbers 7018 3090 0000 6031 8956 and 7018 3090 0000 6031 8949 to the following persons: Vincent Koo, Exit Realty Landmark, 22 E 21st St, New York, NY 10010; and Emily Koo, Kingdom Realty Corp, 68-56 Groton Street, Forest Hills, NY 11375.

Dated: May 1, 2019
    New York, New York

*Lauren Unger*
Lauren Unger
157 Columbus Ave
Suite 2W
New York, NY 10023
(914)-393-5523